**ProTranslating**
2850 Douglas Rd.
Coral Gables, FL 33134
Phone: 305-371-7887
Fax: 305-371-8366



ProTranslating
*We Speak Your Language*

Eddy O Marban, Esq
Eddy O. Marban, The Law Offices Of
1600 Ponce de Leon Blvd.
Suite 902
Coral Gables, FL 33134

# Invoice #19523

| Date | Terms |
|---|---|
| 07/02/2013 | Net 30 |

| Assignment | Case | Case / Claim No. | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/02/2013 | William Vignoli Laura Pato Castillo JUan Sebastian | 12-24508-CIV-KING | | N/A |

| Description | Price | Amount |
|---|---|---|
| **Spanish Interpreting Services for William Vignoli, Juan Sebastian Vignoli & Laura Pato Castillo** | | |
| Deposition (7 Hours) | $ 115.00 | $ 805.00 |
| | | $ 805.00 |

| | Amount Due: | $ 805.00 |
|---|---|---|
| | Paid: | $ 0.00 |

*Hours: 10:00am-1:00pm/2:00pm-6:00pm*

| Balance Due: | $ 805.00 |
|---|---|
| Payment Due: | 08/02/2013 |

Please reference invoice number with payment.
Tax ID: 27-0200229

Note: A 1.5% fee will be charged on past due accounts (18% APR). If the account is referred for collection, the client agrees to pay attorney and collection fees.

**ProTranslating**
2850 Douglas Rd.
Coral Gables, FL 33134
Phone: 305-371-7887
Fax: 305-371-8366



ProTranslating
*We Speak Your Language*

Eddy O Marban, Esq
Eddy O. Marban, The Law Offices Of
1600 Ponce de Leon Blvd.
Suite 902
Coral Gables, FL 33134

## Invoice #19549

| Date | Terms |
|---|---|
| 07/09/2013 | Net 30 |

| Assignment | Case | Case / Claim No. | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/09/2013 | William Vignoli Laura Pato Castillo JUan Sebastian | 12-24508-CIV-KING | | N/A |

| Description | Price | Amount |
|---|---|---|
| **Spanish Interpreting Services for Juan Sebastian Vignoli.** Deposition (2 Hours) | $ 130.00 | $ 260.00 |
| | | $ 260.00 |

| | | |
|---|---|---|
| | Amount Due: | $ 260.00 |
| | Paid: | $ 0.00 |

| Balance Due: | $ 260.00 |
|---|---|
| Payment Due: | 08/09/2013 |

*Hours: 4:00pm-6:00pm*

Please reference invoice number with payment.
Tax ID: 27-0200229

Note: A 1.5% fee will be charged on past due accounts (18% APR). If the account is referred for collection, the client agrees to pay attorney and collection fees.

## Veritext Florida Reporting Co.

19 West Flagler Street, Suite 1020  
Miami FL 33130  
Tel. 305-376-8800 Fax. 305-377-1100  
Fed. Tax ID: 20-3132569



**VERITEXT**  
LEGAL SOLUTIONS

| **Bill To:** | Eddy Marban<br>Marban Law Office<br>1600 Ponce De Leon Boulevard<br>Suite 902<br>Coral Gables, FL, 33134 | | **Invoice #:** | FLA1799663 |
|---|---|---|---|---|
| | | | **Invoice Date:** | 7/16/2013 |
| | | | **Balance Due:** | $1,143.20 |

| Case: | Vignoli, William v. Clifton Apartmaents Inc |
|---|---|
| Job #: | 1687918 | Job Date: 7/2/2013 | Delivery: Normal |
| Billing Atty: | Eddy Marban |
| Location: | Eddy O. Marban Law Office |
| | 1600 Ponce De Leon Blvd | Ste 902 | Coral Gables, FL 33134 |
| Sched Atty: | Eddy Marban | Marban Law Office |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Laura Pato | Original with 1 Certified Transcript | Page | 50.00 | $4.45 | $222.50 |
| Wiliam Vignoli | Original with 1 Certified Transcript | Page | 166.00 | $4.45 | $738.70 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 | $95.00 |
| | Attendance Fee - Additional Hours | Hour | 0.50 | $50.00 | $25.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $23.00 | $23.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $1,143.20 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,143.20 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

cc 8/16/13

| | | | |
|---|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | FLA1799663<br>1687918<br>7/16/2013<br>$1,143.20 |

# Veritext Florida Reporting Co.

19 West Flagler Street, Suite 1020  
Miami FL 33130  
Tel. 305-376-8800 Fax. 305-377-1100  
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** EDDY O. MARBAN, ESQ.<br>LAW OFFICE OF EDDY O. MARBAN<br>1600 PONCE DE LEON BOULEVARD<br>SUITE 902<br>CORAL GABLES, AL, 33134 | **Invoice #:** FLA1806779<br>**Invoice Date:** 7/25/2013<br>**Balance Due:** $549.70 |

| | |
|---|---|
| **Case:** | Vignoli, William v. Clifton Apartmaents Inc |
| **Job #:** | 1696729 \| Job Date: 7/9/2013 \| Delivery: Normal |
| **Billing Atty:** | EDDY O. MARBAN, ESQ. |
| **Location:** | Eddy O. Marban Law Office<br>1600 Ponce De Leon Blvd \| Ste 902 \| Coral Gables, FL 33134 |
| **Sched Atty:** | Eddy Marban \| Marban Law Office |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Juan Sebastian Vignoli | Original with 1 Certified Transcript | Page | 60.00 | $4.45 | $267.00 |
| | Attendance Fee - First Hour | Hour | 1.00 | $125.00 | $125.00 |
| | Attendance Fee - Additional Hours | Hour | 1.00 | $60.00 | $60.00 |
| | Exhibits | Per Page | 42.00 | $0.85 | $35.70 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $23.00 | $23.00 |

**Notes:** 4:00 - 6:00 O/T applied

| | |
|---|---|
| **Invoice Total:** | $549.70 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $549.70 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to www.Veritext.com**  
Veritext accepts all major credit cards  
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**  
Veritext  
P.O. Box 71303  
Chicago IL 60694-1303

**Invoice #:** FLA1806779  
**Job #:** 1696729  
**Invoice Date:** 7/25/2013  
**Balance:** $549.70