UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-24508-CIV-TORRES

WILLIAM VIGNOLE, LAURA PATO CASTILLO,
and JUAN SEBASTIAN VIGNOLI,

        Plaintiffs,

vs

CLIFTON APARTMENTS, INC., SERRANO
IMPORT CORPORATION, and ELAINE FICKES,

        Defendants.
_____/

## *QUESTION/NOTE FROM THE JURY*

We have a verdict

_____        _____
Print Name of Foreperson        Signature of Foreperson/Date