**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 12-24508-CIV-TORRES

WILLIAM VIGNOLI,
LAURA PATO CASTILLO,
JUAN SEBASTIAN VIGNOLI, and
other similarly-situated individuals,

Plaintiffs,

v.

CLIFTON APARTMENTS, INC.,
SERRANO CORPORATION,
and ELAINE FICKERS, individually,

Defendants.
_______________________________________/

**FINAL JUDGMENT**

This matter is before the Court pursuant to Fed. R. Civ. P. 58. Following the Jury's verdict [D.E. 148, 149, 150] returned after trial in this case, as well as the Court's Order Denying in Part and Granting in Part Defendants' Motion for Summary Judgment [D.E. 111], it is hereby **ORDERED AND ADJUDGED:**

1. Final Judgment is entered in favor of Defendants CLIFTON APARTMENTS, INC., SERRANO CORPORATION, and ELAINE FICKERS, as to all claims raised in the Complaint by Plaintiffs WILLIAM VIGNOLI, LAURA PATO CASTILLO, and JUAN SEBASTIAN VIGNOLI.[1]

---

[1] Defendants' counterclaims are not adjudicated herein, as they were Dismissed without prejudice for lack of supplemental jurisdiction. [D.E. 54].

2. Plaintiffs shall recover nothing from Defendants in this action.

3. This case is now CLOSED. The Court retains jurisdiction to decide any timely collateral or post-judgment issues that may be filed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of April, 2016.

*/s/ Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge