UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-24508-CIV-TORRES

WILLIAM VIGNOLI,
LAURA PATO CASTILLO,
JUAN SEBASTIAN VIGNOLI, and
other similarly-situated individuals,

        Plaintiffs,

v.

CLIFTON APARTMENTS, INC.,
SERRANO CORPORATION,
and ELAINE FICKERS, individually,

        Defendants.
_____/

## FINAL JUDGMENT ON COSTS

This matter is before the Court pursuant to Fed. R. Civ. P. 58. Following the Jury's verdict [D.E. 148, 149, 150] returned after trial in this case, as well as the Court's Order Denying in Part and Granting in Part Defendants' Motion for Summary Judgment [D.E. 111], Final Judgment was entered in Defendants' favor against each Plaintiff. Defendants have now filed the pending motion to tax costs [D.E. 152], to which no objection has been timely lodged by Plaintiffs, as per Local Rule 7.3. Accordingly, it is hereby **ORDERED AND ADJUDGED:**

    1.    Defendants' Motion to Tax Costs [D.E. 152] is GRANTED. The Court finds that the amounts requested are fair and reasonable and fall within the limited costs permitted by 28 U.S.C. § 1920. They are thus reimbursable in full for the total amount of $6,375.64.

2. Final Judgment is entered in favor of Defendants CLIFTON APARTMENTS, INC., SERRANO CORPORATION, and ELAINE FICKERS, and against Plaintiffs WILLIAM VIGNOLI, LAURA PATO CASTILLO, and JUAN SEBASTIAN VIGNOLI, jointly and severally, for the amount of $6,375.64, for which sum let execution issue and at a post-judgment interest rate of 0.66% per annum as per 28 U.S.C. § 1961.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of May, 2016.

　　　　　　　　　　　　　　　　　　/s/   Edwin G. Torres
　　　　　　　　　　　　　　　　　　EDWIN G. TORRES
　　　　　　　　　　　　　　　　　　United States Magistrate Judge